UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELINE YORRO,

                Plaintiff,

-against-

JUDGE GREGORY CARRO, INGRID TOLENTINO, Internal Affairs/I.G.; I.G. MARIA MALDONADO; RAUL NORM, The Center Appeligation,[1] *et al.*,

                Defendants.

21-CV-4900 (LTS)

CIVIL JUDGMENT

---

By order issued October 1, 2021, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff thirty days' leave to replead her claims in an amended complaint. Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff.[2]

SO ORDERED.

Dated:   November 15, 2021
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

---

[1] The Court believes that Plaintiff is referring to The Center for Appellate Litigation.

[2] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)